UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    - v -

COLIN STEVEN,

        Defendant.

-----------------------------------------------------------x

ORIGINAL 788

WHEEL A

NOTICE OF INTENT TO
FILE AN INFORMATION

JUDGE NATHAN

JUDGE NATHAN

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           November 30, 2017

JOON H. KIM
Acting United States Attorney

By: _____
Richard Cooper
Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/17

AGREED AND CONSENTED TO:

By: _____
John Nassikas, Esq.
Andrew Bauer, Esq.
Attorneys for Colin Steven