UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America          Plaintiff,

    -against-

                                                        cr.
                                              17 cv 788       ( AJN )

                                              ORDER FOR ADMISSION
                                              PRO HAC VICE

Colin Steven          Defendant.

The motion of Laura Lester , for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Maryland and the District of Columbia ; and that his/her contact information is as follows (please print):

Applicant's Name: Laura Lester

Firm Name: Arnold & Porter Kaye Scholer LLP

Address: 601 Massachusetts Ave, NW

City / State / Zip: Washington, D.C. 20001

Telephone / Fax: (202) 942-6821/(202) 942-5999

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Colin Steven in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/16/18

United States District / Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 6 2018