

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 20, 2018

**BY ECF**

Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **United States v. Colin Steven**,
             **17 Cr. 788 (AJN)**

Dear Judge Nathan:

    The Government writes respectfully to request that the Court set a sentencing date for defendant Colin Steven. On December 21, 2017, the defendant pled guilty to an Information, pursuant to a cooperation agreement. At that time, the Court set June 21, 2018 as a control date. The defendant's cooperation is complete, and therefore the Government respectfully requests that a sentencing date be set on or after October 24, 2018, and that the Court direct that the United States Probation Department prepare a Presentence Investigation Report for the defendant.

                            Respectfully,

                            GEOFFREY S. BERMAN
                            United States Attorney

        By:     /s_____
                  Richard A. Cooper
                  Assistant United States Attorney
                  Tel. No.: (212) 637-1027

                  SANDRA L. MOSER
                  Acting Chief, Fraud Section
                  Criminal Division

        By:    John-Alex Romano
                  Trial Attorney

cc:    Defense counsel (by ECF)