UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-v-

Colin Steven,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/18

17-CR-788 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Due to a change in the Court's availability, the sentencing for Colin Steven scheduled for October 24, 2018 at 3:00 P.M. is hereby adjourned to October 25, 2018 at 12:45 p.m.

    SO ORDERED.

Dated: October 15, 2018
         New York, New York

_____
ALISON J. NATHAN
United States District Judge